NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE ERIK P. STAATS AND ROBIN D. LASH

---

2010-1443

(Serial No. 11/503,541)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Erik P. Staats and Robin D. Lash move for a 42-day extension of time, until December 16, 2010, to file their principal brief,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

<u>    NOV    3 2010    </u>                     <u>/s/ Jan Horbaly    </u>
Date                                            Jan Horbaly
                                                Clerk

cc:  Robert A. Hulse, Esq.
     Raymond T. Chen, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 3 2010

**JAN HORBALY
CLERK**